1  Michael D. Adams (State Bar No. 185835)
   madams@rutan.com
2  Steven J. Goon (State Bar No. 171993)
   sgoon@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, California  92612
   Telephone:   714-641-5100
5  Facsimile:    714-546-9035

6  Attorneys for Plaintiff K&N ENGINEERING,
   INC., a California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| K&N ENGINEERING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN CAMPBELL (a/k/a KEVIN S. CAMPBELL, a/k/a KEVIN SCOTT CAMPBELL, a/k/a KEVIN HATHCOCK, a/k/a KEVIN S. HATHCOCK, a/k/a KEVIN SCOTT HATHCOCK), an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. EDCV 11-01962-VAP(SPx)<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>Date Judgment Entered:  June 22, 2012 |
|---|---|

Based upon the application for and renewal of judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing therefore,

Judgment in favor of plaintiff K&N Engineering, Inc., a California corporation, and against defendant Kevin Campbell (a/k/a Kevin S. Campbell, a/k/a Kevin Scott Campbell, a/k/a Kevin Hathcock, a/k/a Kevin S. Hathcock, a/k/a Kevin Scott Hathcock), an individual, entered on June 22, 2012, be and the same is hereby renewed in the amounts as set forth below:

| | | Renewal of money judgment | |
|---|---|---|---|
| | (a) | Total judgment | $11,443.00 |
| | (b) | Costs after judgment | $     0.00 |
| | (c) | Subtotal | $11,443.00 |
| | (d) | Credits after judgment | $     0.00 |
| | (e) | Subtotal (*subtract d from c*) | $11,443.00 |
| | (f) | Post-judgment interest | $ 1,990.80 |
| | (g) | Fee for filing this application for renewal | $     0.00 |
| | (h) | **Total renewed judgment** (*add e, f and g*) | **$13,433.80** |

Dated:  March 22 , 2022        Clerk, by *Sharon Hall Brown*
                                              Deputy


KIRY K. GRAY,  Clerk of Court
United States District Court